HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
astroud@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 491-3050
Facsimile:   (916) 491-3090

Attorneys for Defendant MESSAGE IN A BOTTLE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC, | **Case No. 1:22-cv-01075-ADA-SKO** |
| Plaintiff, | **STIPULATION TO CONTINUE SCHEDULING CONFERENCE DATE; ORDER THEREON** |
| v. | |
| MESSAGE IN A BOTTLE, INC., | (Doc. 7) |
| Defendant. | |

WHEREAS, the Parties were in dispute regarding service of process; and

WHEREAS, on November 16, 2022, the Parties resolved their dispute by stipulating to a response date of December 8, 2022, in this matter; and

WHEREAS the Parties need more time to engage in their Rule 26 Conference, prepare their Rule 26 filings and the Joint Scheduling Conference Statement, and engage in discussions regarding potential resolution of this action;

NOW THEREFORE the parties by and between their counsel do hereby stipulate and agree as follows:

1.     The Scheduling Conference in this action now set for **December 13, 2022**, shall be continued for approximately thirty (30) days until January 12, 2023 or the Court's next available date thereafter in Courtroom 7; and

2. All dates established in this Court's Order Setting Mandatory Scheduling Conference issued on August 25, 2022, in this matter are to be reset in conformance with the new Scheduling Conference date.

IT IS SO STIPULATED.

DATED: November 21, 2022     HANSON BRIDGETT LLP

By: _____/s/ *Andrew W. Stroud*_____
ANDREW W. STROUD
Attorneys for Defendant MESSAGE IN A BOTTLE, INC.

DATED: November 21, 2022     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____/s/ *Diana M. Rutowski*_____
DIANA M. RUTOWSKI
Attorneys for Plaintiff INFMETRY LLC

**ORDER**

Pursuant to the parties' foregoing stipulation (Doc. 7) and for good cause shown,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for December 13, 2022, is continued to **February 14, 2023, at 9:45 a.m.** before Magistrate Judge Sheila K. Oberto, as the date proposed by the parties could not be accommodated by the Court due to the press of business. The parties are to file their updated Joint Scheduling Report, which shall include an update on their settlement efforts, no later than seven days prior to the Scheduling Conference.

IT IS SO ORDERED.

Dated:   **November 22, 2022**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE