HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
astroud@hansonbridgett.com
GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
ROSANNA W. GAN, SBN 325145
rgan@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 491-3050
Facsimile:    (916) 491-3074

Attorneys for Defendant/Counterclaimant
MESSAGE IN A BOTTLE, INC.

GLACIER LAW LLP
TIANYU JU (State Bar Number: 323817)
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone:   312-448-7772
Facsimile:    312-801-4587

Attorneys for Plaintiff/Counterdefendant
INFMETRY LLC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| INFMETRY LLC,<br><br>       Plaintiff/Counterdefendant,<br><br>    v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>       Defendant/Counterclaimant. | **Case No. 1:22-cv-01075-DJC-JDP**<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING** |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. Plaintiff and Defendant's Joint Stipulation to Amend Scheduling is hereby **Granted**;
2. Discovery and motion deadlines in this matter should be EXTENDED for 60 days, and the dates in the Scheduling should be CONTINUED as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-Expert Discovery Cutoff | January 29, 2024 | March 29, 2024 |
| Expert Disclosure Cutoff | March 29, 2024 | May 29, 2024 |
| Rebuttal Expert Disclosure Cutoff | April 26, 2024 | June 26, 2024 |
| Expert Discovery Cutoff | June 28, 2024 | August 28, 2024 |
| Non-Dispositive Motion Deadlines | Filing: August 12, 2024　Hearing: September 18, 2024 | Filing: October 14, 2024　Hearing: November 21, 2024 |
| Dispositive Motion Deadlines | Filing: September 30, 2024　Hearing: November 4, 2024 | Filing: November 22, 2024　Hearing: January 9, 2025 |
| Pre-Trial Conference | April 10, 2025 | April 10, 2025 (no change) |
| Trial | June 9, 2025 | June 9, 2025 (no change) |

**IT IS SO ORDERED**.

Dated: December 12, 2023    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE