| | |
|---|---|
| **ORBIT IP, LLP**<br>David A. Randall (SBN 156722)<br>dave@orbitip.com<br>Ehab M. Samuel (SBN 228296)<br>esamuel@orbitip.com<br>Thomas J. Brindisi (SBN 175587)<br>tom@orbitip.com<br>11400 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br>Tel.: (310) 887-1333<br>Fax: (310) 887-1334<br><br>*Attorneys for Defendant and Counterclaimant*<br>MESSAGE IN A BOTTLE, INC. | **GLACIER LAW LLP**<br>Tianyu Ju (SBN 323817)<br>iris.ju@glacier.law<br>Liang Dong (SBN 339142)<br>lyon.dong@glacier.law<br>251 South Lake Ave Suite 910<br>Pasadena, CA 91101<br>Telephone: 312-448-7772<br>Facsimile: 312-801-4587<br><br>Tao Liu (PHV)<br>tao.liu@glacier.law<br>Wei Wang (PHV)<br>wei.wang@glacier.law<br><br>*Attorneys for Plaintiff/Counterdefendant*<br>INFMETRY LLC |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No.  1:22-cv-01075-DJC-JDP<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY DISCOVERY CUTOFF DATES**<br><br>Honorable Daniel J. Calabretta |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. The Parties' Second Joint Stipulation to Modify Discovery Cutoff Dates is **GRANTED**.

2. The Court extends discovery deadlines as requested. The new deadlines for the case are as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | March 29, 2024 | June 7, 2024 |
| Expert Disclosure Cutoff | May 29, 2024 | July 12, 2024 |
| Rebuttal Expert Disclosure Cutoff | June 26, 2024 | August 9, 2024 |
| Expert Discovery Cutoff | August 28, 2024 | September 6, 2024 |
| Non-Dispositive Motion Deadlines | Filing: October 14, 2024 Hearing: November 21, 2024 | Filing: October 14, 2024 Hearing: December 5, 2024 |
| Dispositive Motion Deadlines | Filing: December 2, 2024 Hearing: January 8, 2024 | Filing: December 2, 2024 Hearing: January 9, 2025 (No Change) |
| Pre-Trial Conference | April 10, 2025 | April 10, 2025 (No Change) |
| Trial | June 9, 2025 | Jun 9, 2025 (No Change) |

**IT IS SO ORDERED.**

Dated:  March 29, 2024         /s/ Daniel J. Calabretta
                               _____
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE