**ORBIT IP, LLP**
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant and Counterclaimant*
MESSAGE IN A BOTTLE, INC.

**GLACIER LAW LLP**
Tianyu Ju (SBN 323817)
iris.ju@glacier.law
Liang Dong (SBN 339142)
lyon.dong@glacier.law
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312-448-7772
Facsimile: 312-801-4587

Tao Liu (PHV)
tao.liu@glacier.law
Wei Wang (PHV)
wei.wang@glacier.law

*Attorneys for Plaintiff/Counterdefendant*
INFMETRY LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 1:22-cv-01075-DJC-JDP<br><br>**ORDER GRANTING THIRD JOINT STIPULATION TO MODIFY DISCOVERY CUTOFF DATES**<br><br>Honorable Daniel J. Calabretta |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. The Parties' Second Joint Stipulation to Modify Discovery Cutoff Dates is **GRANTED**.

2. The Court extends discovery deadlines as requested. The new deadlines for the case are as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Non-Expert Discovery Cutoff | June 7, 2024 | July 12, 2024 |
| Expert Disclosure Cutoff | July 12, 2024 | August 9, 2024 |
| Rebuttal Expert Disclosure Cutoff | August 9, 2024 | September 6, 2024 |
| Expert Discovery Cutoff | September 6, 2024 | September 27, 2024 |
| Non-Dispositive Motion Deadlines | Filing: October 14, 2024  Hearing: November 21, 2024 | Filing: October 14, 2024  Hearing: November 21, 2024  (No Change) |
| Dispositive Motion Deadlines | Filing: December 2, 2024  Hearing: January 8, 2024 | Filing: December 2, 2024  Hearing: January 9, 2025  (No Change) |
| Pre-Trial Conference | April 10, 2025 | April 10, 2025 (No Change) |
| Trial | June 9, 2025 | Jun 9, 2025 (No Change) |

1
2  **IT IS SO ORDERED.**
3
4  Dated:  June 6, 2024                    /s/ Daniel J. Calabretta
                                           _____
5                                          THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-  Case No. 1:22-cv-01075-DJC-JDP
ORDER GRANTING THIRD JOINT STIPULATION TO MODIFY DISCOVERY CUTOFF DATES