**ORBIT IP, LLP**
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant and Counterclaimant*
MESSAGE IN A BOTTLE, INC.

**GLACIER LAW LLP**
Tianyu Ju (SBN 323817)
iris.ju@glacier.law
Liang Dong (SBN 339142)
lyon.dong@glacier.law
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312-448-7772
Facsimile: 312-801-4587

Tao Liu (PHV)
tao.liu@glacier.law
Wei Wang (PHV)
wei.wang@glacier.law

*Attorneys for Plaintiff/Counterdefendant*
INFMETRY LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC, <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> MESSAGE IN A BOTTLE, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:22-cv-01075-DJC-JDP <br><br> **ORDER GRANTING FOURTH JOINT STIPULATION TO MODIFY SCHEDULING ORDER** <br><br> Honorable Daniel J. Calabretta |

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1. The Parties' Fourth Joint Stipulation to Modify the Scheduling Order is **GRANTED**.

2. The Court extends the case deadlines as requested. The new deadlines for the case are as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Last Day to Conduct ADR | N/A | December 6, 2024 |
| Non-Dispositive Motion Deadline | Filing: October 14, 2024<br>Hearing: November 21, 2024 | Filing: January 6, 2025<br>Hearing: February 20, 2025, at 1:30 PM |
| Dispositive Motion Deadline | Filing: December 2, 2024<br>Hearing: January 8, 2024 | Filing: April 18, 2025<br>Hearing: May 29, 2025, at 1:30 PM |
| Pre-Trial Conference | April 10, 2025 | July 3, 2025, at 1:30 PM |
| Trial | June 9, 2025 | August 18, 2025, at 8:30 AM |

**IT IS SO ORDERED.**

Dated: October 4, 2024          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE