| | |
|---|---|
| **ORBIT IP, LLP**<br>David A. Randall (SBN 156722)<br>dave@orbitip.com<br>Ehab M. Samuel (SBN 228296)<br>esamuel@orbitip.com<br>Thomas J. Brindisi (SBN 175587)<br>tom@orbitip.com<br>11400 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br>Tel.: (310) 887-1333<br>Fax: (310) 887-1334<br><br>*Attorneys for Defendant and Counterclaimant*<br>MESSAGE IN A BOTTLE, INC. | **GLACIER LAW LLP**<br>Tianyu Ju (SBN 323817)<br>iris.ju@glacier.law<br>Xionghui Murong (SBN 326314)<br>ben.murong@glacier.law<br>Liang Dong (SBN 339142)<br>lyon.dong@glacier.law<br>251 South Lake Ave Suite 910<br>Pasadena, CA 91101<br>Telephone: 312-448-7772<br>Facsimile: 312-801-4587<br><br>Tao Liu (PHV)<br>tao.liu@glacier.law<br>Wei Wang (PHV)<br>wei.wang@glacier.law<br><br>*Attorneys for Plaintiff/Counterdefendant*<br>INFMETRY LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| INFMETRY LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 1:22-cv-01075-DJC-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FINALIZE LONG FORM OF SETTLEMENT AGREEMENT AND RELATED DOCUMENTS**<br><br>Honorable Daniel J. Calabretta |

1  Based on a review of the "Stipulation to Extend Time to Finalize Settlement
2  Agreement and Related Documents" (the "Stipulation" (Dkt. 65)), sufficient good
3  cause has been shown for the requested relief.  Therefore, the Stipulation is
4  **APPROVED**. The deadline for the Parties to finalize the long form settlement
5  agreement and consent decree as set forth in Magistrate Judge Petersen's Minutes of
6  Settlement Conference (Dkt. 64), is extended by thirty (30) days up to and including
7  February 5, 2025.

**IT IS SO ORDERED.**

Dated: January 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE