**ORBIT IP, LLP**
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant and Counterclaimant*
MESSAGE IN A BOTTLE, INC.

**GLACIER LAW LLP**
Tianyu Ju (SBN 323817)
iris.ju@glacier.law
Xionghui Murong (SBN 326314)
ben.murong@glacier.law
Liang Dong (SBN 339142)
lyon.dong@glacier.law
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312-448-7772
Facsimile: 312-801-4587

Tao Liu (PHV)
tao.liu@glacier.law
Wei Wang (PHV)
wei.wang@glacier.law

*Attorneys for Plaintiff/Counterdefendant*
INFMETRY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No.  1:22-cv-01075-DJC-JDP<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME TO FINALIZE LONG FORM OF SETTLEMENT AGREEMENT AND RELATED DOCUMENTS**<br><br>Honorable Daniel J. Calabretta |

1  Based on a review of the "Second Joint Stipulation to Extend Time to Finalize Long Form of Settlement Agreement and Related Documents" (the "Stipulation" (Dkt. 67)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The deadline for the Parties to finalize the long form settlement agreement and consent decree as set forth in Magistrate Judge Petersen's Minutes of Settlement Conference (Dkt. 64), is extended to and including February 19, 2025.

**IT IS SO ORDERED.**

Dated: February 6, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE