**ORBIT IP, LLP**
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant and
Counterclaimant*
MESSAGE IN A BOTTLE, INC.

**GLACIER LAW LLP**
Tianyu Ju (SBN 323817)
iris.ju@glacier.law
Liang Dong (SBN 339142)
lyon.dong@glacier.law
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312-448-7772
Facsimile: 312-801-4587

Tao Liu (PHV)
tao.liu@glacier.law
Wei Wang (PHV)
wei.wang@glacier.law

*Attorneys for Plaintiff/Counterdefendant*
INFMETRY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>    Defendant/Counterclaimant. | Case No.  1:22-cv-01075-DJC-JDP<br><br>**STIPULATED CONSENT JUDGMENT**<br><br>Honorable Daniel J. Calabretta |

Upon consent of the parties, the Court, being advised in the premises, hereby orders, adjudges, and decrees as follows, and the Court makes the following findings of fact and conclusions of law:

1. On August 24, 2022, Infmetry LLC ("INFMETRY") filed a Complaint (Dkt. 1) against Message In A Bottle, Inc. ("MIAB") asserting claims for, *inter alia*, (1) declaratory judgment of no likelihood of confusion, trademark infringement, or unfair competition under either Federal or state common law for its use of MIAB's "MESSAGE IN A BOTTLE" trademark rights, (2) federal false advertising under the Lanham Act § 43(a)(1)(B), 15 U.S.C. § 1125(a)(1)(B), (3) trade libel, (4) interference with economic advantage, and (6) unfair business practices under CA Bus. and Prof. Code §§ 17200 et seq.

2. In its Complaint, INFMETRY acknowledge that its sells CAPSULE LETTER kits comprised of small pieces of paper on which messages can be written, small colorful water-soluble capsules within which the paper messages can be rolled up and stowed, and corkable glass bottles within which the prepared messages/capsules can be stored and displayed until it is time for the messages to be taken out and revealed. INFMETRY used "Message in a Bottle" in the listing of its Capsule Letters products as shown in the image below, as well as on the packaging for its Capsule Letter products. INFMETRY sought a declaratory judgment that its uses of "Message in a Bottle" did not create a likelihood of confusion with respect to U.S. Trademark Registration No. 2,243,269 ("the '269 Registration) owned by MIAB and did not violate any rights of MIAB in the '269 Registration or MIAB's common law rights.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Infmetry's Amazon.com Listing**



3.      INFMETRY sells its CAPSULE LETTER kits, among others, on Amazon under the Amazon Seller I.D. No. A37ZL0N9EOIKCJ and at least the following ASINs: B0136A7PLM, B07RZKCKMP, B07S4KF7ZS, B07S1MY1F6, and B082WS2P8S. Screen shots of listings for these ASINs that used "Message in a Bottle" in the listing are provided in Exhibit A. Exhibit B contains images illustrating how "Message in a Bottle" is used on packaging and promotional materials of the products corresponding to these ASINs.

4.      On December 8, 2022, MIAB filed its answer and counterclaims against INFMETRY in the litigation. MIAB denied INFMETRY's claims in full and counterclaimed for trademark infringement of MIAB's MESSAGE IN A BOTTLE registered trademark under 15 U.S.C. § 1114, and federal and state unfair competition claims under 15 U.S.C. 1125(a) and Cal. Bus. & Prof. Code § 17200, as well as common law trademark infringement and unfair competition claims. (Dkt. 10.)

5.     On January 13, 2023, INFMETRY filed its answer to MIAB's counterclaims and asserted various affirmative defenses. (Dkt. 14.)

6.     The Court has jurisdiction over the parties and the subject matter.

7.     Plaintiff INFMETRY is a limited liability company organized and existing under the laws of the State of Delaware with its registered office at 501 Silverside Road, Suite 105, Wilmington, Delaware 19809.

8.     MIAB is a corporation organized and existing under the laws of the state of California with its principal place of business in the state of California.

9.     MIAB is the owner of the MESSAGE IN A BOTTLE family of trademarks for use in connection with its personalized premium gift and invitation services and related goods. MIAB and its predecessor in interest, Roger Rojas, has used the MESSAGE IN A BOTTLE mark in commerce since at least as early as January 16, 1999.

10.    Since at least as early as January 16, 1999, MIAB (or Mr. Rojas) has been using the MESSAGE IN A BOTTLE mark continuously, in commerce, in connection with its personalized premium gift and invitation services, that delivers decorative bottles containing personalized notes and customized decorative fillings. MIAB currently offers and provides its gift and invitation services and related products to consumers throughout the U.S. and internationally through its website accessible at https://www.messageinabottle.com/, and through other channels such as Amazon and 1800flowers.com. Related goods that MIAB sells under the MESSAGE IN THE BOTTLE trademark include candles, bottles, gift boxes, wood crates, silk flower petals, sand, seashells, bronze/pewter keys, paper stationery, invitations, and decorative bottles containing a customized message.

11.    MIAB owns the '269 Registration for the MESSAGE IN A BOTTLE mark for "receiving communications from others, recording such communications in written or printed form, and transmitting such communications to others" in

International Class 38 and U.S. Trademark Registration No. 7,223,383 ("the '383 Registration") for the MESSAGE IN A BOTTLE mark for candles in International Class 004.  In addition, as a result of MIAB's prior continuous use of the MESSAGE IN A BOTTLE mark in commerce, MIAB also owns common law trademark rights in the MESSAGE IN A BOTTLE mark for its personalized premium gift and invitation services as well as for the related goods MIAB sells under the MESSAGE IN A BOTTLE mark, including for candles, bottles, gift boxes, wood crates, silk petals, sand, seashells, bronze/pewter keys, stationery, invitations, and decorative bottles containing a personalized note (collectively referred to herein "the MESSAGE IN A BOTTLE common law rights"). MIAB's federal trademark registrations and the MESSAGE IN A BOTTLE common law rights are collectively referred to herein as "the MESSAGE IN A BOTTLE Trademark Rights."

12.    MIAB is the owner of all rights, title, and interest in the MESSAGE IN A BOTTLE Trademark Rights. MIAB's rights in the '269 Registration are incontestable under 15 U.S.C. § 1065, and, under 15 U.S.C. § 1115(b), the '269 Registration is conclusive evidence of MIAB's exclusive right to use the MESSAGE IN A BOTTLE mark in commerce on and in connection with the indicated services and related goods.

13.    The MESSAGE IN A BOTTLE Trademark Rights are valid, subsisting, in full force and effect, and enforceable. MIAB's MESSAGE IN A BOTTLE mark is not generic for the goods and services listed in the '269 or '383 Registrations or for any of the goods associated with the MESSAGE IN A BOTTLE common law rights set forth in Paragraph 11 above.

14.    MIAB's MESSAGE IN A BOTTLE Trademark Rights are entitled to protection under the Lanham Act, California Bus. & Prof. Code § 17200 et. seq., and California common law.

15.     MIAB and INFMETRY have settled their dispute, and as a term of the settlement, INFMETRY hereby agrees to the entry of a final judgment in this matter in favor of MIAB and against INFMETRY.

16.     Judgment is hereby entered in favor of MIAB and against INFMETRY.

17.     Pursuant to Fed. R. Civ. P. 65(d), INFMETRY, its officers, owners, including Jianfeng Huang, agents, servants, employees, attorneys, stockholders, successors, and assigns, and all other persons acting in concert or participation with them, directly or indirectly, are hereby permanently enjoined from:

    a.  using the MESSAGE IN A BOTTLE mark, or any colorable imitation thereof, or any other mark or designation confusingly similar to the MESSAGE IN A BOTTLE mark, in the manufacture, advertising, sale, offer for sale, importation, and/or promotion of candles, bottles, gift boxes, wood crates, silk flower petals, sand, seashells, bronze/pewter keys, paper stationery, invitations, bottles or jars containing a customized message, kits including a bottle or jar and one or more pieces of paper on which a message is preprinted or can be written, or personalized gift or invitation services or any related good and/or service;

    b.  engaging in the advertising, sale, offer for sale, importation, and/or promotion of products including a bottle or jar and one or more pieces of paper on which a message is preprinted or can be written using the MESSAGE IN A BOTTLE mark or any colorable imitation thereof, including for example, as shown in Exhibit A and/or Exhibit B in connection with ASINs

B0136A7PLM, B07RZKCKMP, B07S4KF7ZS,
B07S1MY1F6, and B082WS2P8S; and

c.  using the MESSAGE IN A BOTTLE mark or any colorable
imitation thereof or any designation confusingly similar thereto
on (i) Amazon under Seller ID No. A37ZL0N9EOIKCJ or any
other Amazon Seller ID, or (ii) any other marketplace or store
in the United States

unless and until INFMETRY has received the express, prior written authorization
of MIAB through the execution of a trademark license agreement duly signed by
an authorized officer of MIAB.

18.  With the exception of the monetary amount contained within the
Confidential Settlement Agreement, this Consent Judgment does not contain any
monetary judgment.

19.  The Court shall retain jurisdiction over this matter to enforce the
terms of this Consent Judgment and the related Confidential Settlement Agreement
between the parties.

20.  The Court, having entered judgment in favor of MIAB and against
INFMETRY hereby orders that this action is dismissed WITH PREJUDICE with
each party bearing their own attorneys' fees and costs.

21.  INFMETRY irrevocably and fully waives any and all rights to appeal
this stipulated consent judgment.

///

///

///

///

///

///

**IT IS SO STIPULATED.**

Dated: February 19, 2025

Respectfully Submitted,

**ORBIT IP, LLP**                          **GLACIER LAW LLP**

By:  /s/ *David A. Randall*                By:  /s/ *Tianyu Ju*
David A. Randall (SBN 156722)              Tianyu Ju (SBN 323817)
Ehab Samuel (SBN 228296)                   Liang Dong (SBN 339142)
Thomas J. Brindisi (CA SBN 175587)         Tao Liu (PHV)
                                           Wei Wang (PHV)

*Attorneys for*
*Defendant/Counterclaimant*                *Attorneys for*
MESSAGE IN A BOTTLE, INC.                  *Plaintiff/Counterdefendant*
                                           INFMETRY LLC

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Daniel J. Calabretta
United States District Court
Eastern District of California

Case No. 1:22-cv-01075-DJC-JDP

EXHIBIT A

https://www.amazon.com/INFMETRY-Capsule-Letters-Message-Bottle/dp/B0136A7PLM/ref=sr_1_1



https://www.amazon.com/INFMETRY-Capsule-Letters-Message-Bottle/dp/B07RZKCKMP/ref=sr_1_2



https://www.amazon.com/INFMETRY-Capsule-Letters-Message-Bottle/dp/B07S4KF7ZS/ref=sr_1_2



https://www.amazon.com/INFMETRY-Capsule-Letters-Message-Bottle/dp/B07S1MY1F6/ref=sr_1_1_sspa



https://www.amazon.com/INFMETRY-Capsule-Letters-Message-Bottle/dp/B082WS2P8S/ref=sr_1_2



# EXHIBIT B







Faithy

★★★★★ The perfect gift

Reviewed in the United States on January 16, 2021

This is a great gift idea for Valentine's Day!
It could also be a gift for someone whose
love language is Words of Affirmation! The
pills are easy to open and a decent size. If
you have bigger hands, they may be a little
difficult because the paper/gold ring is
somewhat small.

Images in this review





View Image Gallery

Fadekemi

★★★★★ **Great Quality. A labor of love he will absolutely LOVE.**

Reviewed in the United States on February 5, 2022

My jar of 25 actually came with 28 which was great because it's just enough to last him till the day before our next monthsary. The papers and rings were in the box beside the jar, not pre-rolled into the capsules. I wrote my messages and rolled the papers with a toothpick. This was the easiest way to create a narrow enough scroll that would easily fit into the ring. The capsules didn't come closed all the way so it was very easy to open them, place in the scroll, then seal them all the way.I absolutely love these and they look great!! Best of all, the gift actually brought tears to his eyes and he absolutely loved them!!! ❤️

❤️
❤️
❤️
❤️
❤️

Images in this review









MMAB00350