**ORBIT IP, LLP**
David A. Randall (SBN 156722)
dave@orbitip.com
Ehab M. Samuel (SBN 228296)
esamuel@orbitip.com
Thomas J. Brindisi (SBN 175587)
tom@orbitip.com
11400 W. Olympic Blvd., Suite 200
Los Angeles, CA 90064
Tel.: (310) 887-1333
Fax: (310) 887-1334

*Attorneys for Defendant and Counterclaimant*
MESSAGE IN A BOTTLE, INC.

**GLACIER LAW LLP**
Tianyu Ju (SBN 323817)
iris.ju@glacier.law
Liang Dong (SBN 339142)
lyon.dong@glacier.law
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312-448-7772
Facsimile: 312-801-4587

Tao Liu (PHV)
tao.liu@glacier.law
Wei Wang (PHV)
wei.wang@glacier.law

*Attorneys for Plaintiff/Counterdefendant*
INFMETRY LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| INFMETRY LLC,<br><br>　　Plaintiff/Counterdefendant,<br><br>v.<br><br>MESSAGE IN A BOTTLE, INC.,<br><br>　　Defendant/Counterclaimant. | Case No. 1:22-cv-01075-DJC-JDP<br><br>**STIPULATED CONSENT JUDGMENT**<br><br>Honorable Daniel J. Calabretta |

1  Upon consent of the parties, the Court, being advised in the premises, hereby
2  orders, adjudges, and decrees as follows, and the Court makes the following findings
3  of fact and conclusions of law:
4  1.  On August 24, 2022, Infmetry LLC ("INFMETRY") filed a
5  Complaint (Dkt. 1) against Message In A Bottle, Inc. ("MIAB") asserting claims
6  for, *inter alia*, (1) declaratory judgment of no likelihood of confusion, trademark
7  infringement, or unfair competition under either Federal or state common law for
8  its use of MIAB's "MESSAGE IN A BOTTLE" trademark rights, (2) federal false
9  advertising under the Lanham Act § 43(a)(1)(B), 15 U.S.C. § 1125(a)(1)(B), (3)
10 trade libel, (4) interference with economic advantage, and (6) unfair business
11 practices under CA Bus. and Prof. Code §§ 17200 et seq.
12 2.  In its Complaint, INFMETRY acknowledge that its sells CAPSULE
13 LETTER kits comprised of small pieces of paper on which messages can be
14 written, small colorful water-soluble capsules within which the paper messages can
15 be rolled up and stowed, and corkable glass bottles within which the prepared
16 messages/capsules can be stored and displayed until it is time for the messages to
17 be taken out and revealed. INFMETRY used "Message in a Bottle" in the listing of
18 its Capsule Letters products as shown in the image below, as well as on the
19 packaging for its Capsule Letter products. INFMETRY sought a declaratory
20 judgment that its uses of "Message in a Bottle" did not create a likelihood of
21 confusion with respect to U.S. Trademark Registration No. 2,243,269 ("the '269
22 Registration) owned by MIAB and did not violate any rights of MIAB in the '269
23 Registration or MIAB's common law rights.



3.   INFMETRY sells its CAPSULE LETTER kits, among others, on Amazon under the Amazon Seller I.D. No. A37ZL0N9EOIKCJ and at least the following ASINs: B0136A7PLM, B07RZKCKMP, B07S4KF7ZS, B07S1MY1F6, and B082WS2P8S. Screen shots of listings for these ASINs that used "Message in a Bottle" in the listing are provided in <u>Exhibit A</u>. <u>Exhibit B</u> contains images illustrating how "Message in a Bottle" is used on packaging and promotional materials of the products corresponding to these ASINs.

4.   On December 8, 2022, MIAB filed its answer and counterclaims against INFMETRY in the litigation. MIAB denied INFMETRY's claims in full and counterclaimed for trademark infringement of MIAB's MESSAGE IN A BOTTLE registered trademark under 15 U.S.C. § 1114, and federal and state unfair competition claims under 15 U.S.C. 1125(a) and Cal. Bus. & Prof. Code § 17200, as well as common law trademark infringement and unfair competition claims. (Dkt. 10.)

5.   On January 13, 2023, INFMETRY filed its answer to MIAB's counterclaims and asserted various affirmative defenses. (Dkt. 14.)

6.   The Court has jurisdiction over the parties and the subject matter.

7.   Plaintiff INFMETRY is a limited liability company organized and existing under the laws of the State of Delaware with its registered office at 501 Silverside Road, Suite 105, Wilmington, Delaware 19809.

8.   MIAB is a corporation organized and existing under the laws of the state of California with its principal place of business in the state of California.

9.   MIAB is the owner of the MESSAGE IN A BOTTLE family of trademarks for use in connection with its personalized premium gift and invitation services and related goods. MIAB and its predecessor in interest, Roger Rojas, has used the MESSAGE IN A BOTTLE mark in commerce since at least as early as January 16, 1999.

10.   Since at least as early as January 16, 1999, MIAB (or Mr. Rojas) has been using the MESSAGE IN A BOTTLE mark continuously, in commerce, in connection with its personalized premium gift and invitation services, that delivers decorative bottles containing personalized notes and customized decorative fillings. MIAB currently offers and provides its gift and invitation services and related products to consumers throughout the U.S. and internationally through its website accessible at https://www.messageinabottle.com/, and through other channels such as Amazon and 1800flowers.com. Related goods that MIAB sells under the MESSAGE IN THE BOTTLE trademark include candles, bottles, gift boxes, wood crates, silk flower petals, sand, seashells, bronze/pewter keys, paper stationery, invitations, and decorative bottles containing a customized message.

11.   MIAB owns the '269 Registration for the MESSAGE IN A BOTTLE mark for "receiving communications from others, recording such communications in written or printed form, and transmitting such communications to others" in

1    International Class 38 and U.S. Trademark Registration No. 7,223,383 ("the '383
2    Registration") for the MESSAGE IN A BOTTLE mark for candles in International
3    Class 004.  In addition, as a result of MIAB's prior continuous use of the
4    MESSAGE IN A BOTTLE mark in commerce, MIAB also owns common law
5    trademark rights in the MESSAGE IN A BOTTLE mark for its personalized
6    premium gift and invitation services as well as for the related goods MIAB sells
7    under the MESSAGE IN A BOTTLE mark, including for candles, bottles, gift
8    boxes, wood crates, silk petals, sand, seashells, bronze/pewter keys, stationery,
9    invitations, and decorative bottles containing a personalized note (collectively
10   referred to herein "the MESSAGE IN A BOTTLE common law rights"). MIAB's
11   federal trademark registrations and the MESSAGE IN A BOTTLE common law
12   rights are collectively referred to herein as "the MESSAGE IN A BOTTLE
13   Trademark Rights."
14         12.    MIAB is the owner of all rights, title, and interest in the MESSAGE
15   IN A BOTTLE Trademark Rights. MIAB's rights in the '269 Registration are
16   incontestable under 15 U.S.C. § 1065, and, under 15 U.S.C. § 1115(b), the '269
17   Registration is conclusive evidence of MIAB's exclusive right to use the
18   MESSAGE IN A BOTTLE mark in commerce on and in connection with the
19   indicated services and related goods.
20         13.    The MESSAGE IN A BOTTLE Trademark Rights are valid,
21   subsisting, in full force and effect, and enforceable. MIAB's MESSAGE IN A
22   BOTTLE mark is not generic for the goods and services listed in the '269 or '383
23   Registrations or for any of the goods associated with the MESSAGE IN A
24   BOTTLE common law rights set forth in Paragraph 11 above.
25         14.    MIAB's MESSAGE IN A BOTTLE Trademark Rights are entitled to
26   protection under the Lanham Act, California Bus. & Prof. Code § 17200 et. seq.,
27   and California common law.
28

15. MIAB and INFMETRY have settled their dispute, and as a term of the settlement, INFMETRY hereby agrees to the entry of a final judgment in this matter in favor of MIAB and against INFMETRY.

16. Judgment is hereby entered in favor of MIAB and against INFMETRY.

17. Pursuant to Fed. R. Civ. P. 65(d), INFMETRY, its officers, owners, including Jianfeng Huang, agents, servants, employees, attorneys, stockholders, successors, and assigns, and all other persons acting in concert or participation with them, directly or indirectly, are hereby permanently enjoined from:

    a. using the MESSAGE IN A BOTTLE mark, or any colorable imitation thereof, or any other mark or designation confusingly similar to the MESSAGE IN A BOTTLE mark, in the manufacture, advertising, sale, offer for sale, importation, and/or promotion of candles, bottles, gift boxes, wood crates, silk flower petals, sand, seashells, bronze/pewter keys, paper stationery, invitations, bottles or jars containing a customized message, kits including a bottle or jar and one or more pieces of paper on which a message is preprinted or can be written, or personalized gift or invitation services or any related good and/or service;

    b. engaging in the advertising, sale, offer for sale, importation, and/or promotion of products including a bottle or jar and one or more pieces of paper on which a message is preprinted or can be written using the MESSAGE IN A BOTTLE mark or any colorable imitation thereof, including for example, as shown in Exhibit A and/or Exhibit B in connection with ASINs

B0136A7PLM, B07RZKCKMP, B07S4KF7ZS, B07S1MY1F6, and B082WS2P8S; and

  c. using the MESSAGE IN A BOTTLE mark or any colorable imitation thereof or any designation confusingly similar thereto on (i) Amazon under Seller ID No. A37ZL0N9EOIKCJ or any other Amazon Seller ID, or (ii) any other marketplace or store in the United States

unless and until INFMETRY has received the express, prior written authorization of MIAB through the execution of a trademark license agreement duly signed by an authorized officer of MIAB.

18. With the exception of the monetary amount contained within the Confidential Settlement Agreement, this Consent Judgment does not contain any monetary judgment.

19. The Court shall retain jurisdiction over this matter to enforce the terms of this Consent Judgment and the related Confidential Settlement Agreement between the parties.

20. The Court, having entered judgment in favor of MIAB and against INFMETRY hereby orders that this action is dismissed WITH PREJUDICE with each party bearing their own attorneys' fees and costs.

21. INFMETRY irrevocably and fully waives any and all rights to appeal this stipulated consent judgment.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: February 19, 2025

Respectfully Submitted,

| **ORBIT IP, LLP** | **GLACIER LAW LLP** |
|---|---|
| By: /s/ *David A. Randall* <br> David A. Randall (SBN 156722) <br> Ehab Samuel (SBN 228296) <br> Thomas J. Brindisi (CA SBN 175587) <br><br> *Attorneys for Defendant/Counterclaimant* <br> MESSAGE IN A BOTTLE, INC. | By: /s/ *Tianyu Ju* <br> Tianyu Ju (SBN 323817) <br> Liang Dong (SBN 339142) <br> Tao Liu (PHV) <br> Wei Wang (PHV) <br><br> *Attorneys for Plaintiff/Counterdefendant* <br> INFMETRY LLC |

**IT IS SO ORDERED.**

Dated: February 20, 2025         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE